# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2348
L.T. Case No. 05-2024-SC-028800

_____

ALEKSANDR FEDOROV,

    Appellant,

    v.

MANCALA HOLDINGS, LLC, d/b/a
MANCALA NEMT, VAUNA
LAWRENCE, and BUDGET
HANDICAP VANS, LLC.,

    Appellees.

_____

On appeal from the County Court for Brevard County.
Clarissa Elizabeth Harrell, Judge.

Aleksandr Fedorov, Indialantic, pro se.

Vauna Lawrence, West Melbourne, pro se.

No Appearance for other Appellees.

December 23, 2025

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

LAMBERT, EISNAUGLE, and SOUD, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————